# Briggs & Associates

Court Reporting

222 Second Ave. North, Suite 360 M

Nashville, TN 37201

(615) 482-0037

# Invoice

Number: **bt-1253**

Date: **June 23, 2015**

**Bill To:**

Ms. Allison L.

The Klein Law Office

814 Church St., Suite 202

Nashville, TN 37203

**Ship To:**

| Terms |
|---|
| Tax ID 26-1832409 |

| Date | Description | Quantity | Price | Amount |
|---|---|---|---|---|
| 6-23-2015 | Re: Cynthia D. Evans v. Vanderbilt University Medical Center - per diem | | 150.00 | 150.00 |
| | Original Transcript | 4.00 | 4.00 | 16.00 |

**\*\*\*PAYMENT DUE WITHIN 30 DAYS OF RECEIPT OF INVOICE**
**THANK YOU!**

| | **Total** | **$166.00** |
|---|---|---|