# 3rd coast legal video

| Invoice No. & Date |
|---|
| 062315CN \| 06.23.2015 |

| Bill To: |
|---|
| Allison Bussell, Esq. |
| The Klein Law Office, PLLC |
| 814 Church Street, Suite 202 |
| Nashville, TN  37203 |

Case Style: <u>Cynthia D. Evans v. Vanderbilt University</u>

## SERVICES

| Date | Description | Price |
|---|---|---|
| 23-Jun-2015 | **Video Deposition:** **CYNTHIA D. EVANS** First (2) hours, minimum fee *Due Per Cancellation Policy* | $250.00 |
| | | **$250.00**  TOTAL |

**Remit To:** 3rd coast legal video
1120 Montrose Ave., #304
Nashville, TN  37204
615.480.0470
ctn@thirdcoastvideo.com

**We appreciate your business!**